# United States District Court

Middle DISTRICT OF Alabama

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
156 Apt F., Saddleback Ridge Drive
Montgomery, AL 36117 and any vehicles registered to
Lydia or Stephen Cronk or any of their alias names of
Lydia Sanders, Lydia Rolling, or Kristie Rolling.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 2:06mj89DRB

I, Suzanne M. Leone _____ being duly sworn depose and say:

I am a(n) United States Postal Inspector _____ and have reason to believe
               Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
156 Apt F., Saddleback Ridge Drive, Montgomery, AL 36117

in the Middle _____ District of Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)
See attached affidavit

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Evidence from the commission of credit card fraud

in violation of Title 18 _____ United States Code, Section(s) 1029 _____.
The facts to support the issuance of a Search Warrant are as follows:
See Attachment I

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

September 8, 2006                              at   MONTGOMERY, ALABAMA
Date                                                City and State

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE                      _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

I, Suzanne M. Leone, have been a United States Postal Inspector for over 6 months. I am currently assigned to the U.S. Postal Inspection Service Office in Birmingham, AL. As a Postal Inspector, I enforce federal laws relating to postal offenses. I investigate incidents where the United States Mails are used for the purpose of transporting non-mailable matter, burglaries and robberies of post offices, credit card fraud, obstruction of mail, mail theft and identity theft in violation of Title 18, United States Code, Section 1028A. The following information has been obtained by me personally or has been provided to me by other members of law enforcement, bank fraud investigators and the victims.

On July 26, 2006, Phil Story (Story), Station Manager, Lagoon Park Station Post Office, Montgomery, AL, stated that Robert and Pamela Brinson reported that they believed someone initiated a false change of address in relation to their business, Digestive Disease Associates, 451 Saint Luke's Drive, Montgomery, AL 36117. Story confirmed that the Saint Luke's mail delivery address had been changed to 2933 Wood Forest Lane, Montgomery, AL 36116. My investigation revealed that Kristie Daughtry, a former employee of the Brinson's, lived at 2933 Wood Forest Lane, Montgomery, AL.

On July 27, 2006, Pamela Brinson was interviewed and stated that she had received numerous suspicious mail items in her name and that of her husband, Robert Brinson, none of which either had authorized. Brinson stated that she and her husband believed that two former employees, Kristie Daughtry and Lydia Cronk, were responsible. Brinson further stated that on or about Friday, July 20, 2006, she and her husband confronted Lydia Cronk who confessed to cashing a check, in the amount of $6,000., of Mr. Brinson's. Mrs. Brinson reported that Lydia Cronk did not return to work after the confrontation.

On August 8, 2006, I interviewed the Brinson's at their business. The Brinson's showed me credit cards, credit card statements, actual ordered merchandise and correspondence they had received, all of which they neither authorized nor purchased. The mail also contained credit card correspondence from Citibank, HSBC and First Premier Bank. They had also received documents relating to: a Capital One credit card fraudulently opened under the name Robert Brinson and a joint MBNA credit card account opened under the names Pamela Brinson and Lydia Cronk. As a note, both the Capital One card and the MBNA card were opened with the billing address as Digestive Disease Associates, 451 Saint Luke's Drive, Montgomery, AL 36117. During the interview, Mrs. Brinson turned over 3 packages of merchandise, shipped to the business address,

1

purchased at LTD Commodities in the name of Lydia Cronk.

Mr. Brinson stated that two investment checks had been stolen. Brinson stated that the checks were mailed to him at his business address and that on or about April 28, 2006, the first check,, check #001926 drawn on the account of Montgomery Hotels II, LLC, in the amount of $6,000 and endorsed "Kristina Rolling", was deposited at Compass Bank. The second check, check # 002132 drawn on the account of Montgomery Hotels, II, LLC, in the amount of $7,500, had been sent, via fax, to the River Bank & Trust located in Prattville, AL, from his office. The check was endorsed "Christie Box", and was "for deposit". This check was not successfully negotiated. Investigation revealed that Lydia Cronk had an Alabama Driver's Identification Card Number I211201 in the name of Lydia Sanders Rolling.

On July 21, 2006, documents were received from the River Bank & Trust in Prattville, AL. The documents were: a copy of check # 002132; an ASU photo ID; a photocopy of Alabama Driver's License, #1987778, in the name of Christinna Box; and a customer information sheet.

The customer information sheet contained the following information: the customer was Christianna Box; AL Driver's License, #1987778; Social Security Number 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; mailing address P. O .Box 242581, Montgomery, AL 36124.

Investigation revealed that although the driver's license information from the customer information sheet matched the photocopied Alabama Driver's License received, Alabama Driver's License #1987778 is actually issued to Etta Hill Johnson Bell, date of birth June 7, 1929, that Social Security Number 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 was issued to a male with a date of birth of August 2, 1991 and that P. O. Box 242581, Montgomery, AL 36124, was opened on July 5, 2006, in the name Stephen Cronk, of 156 F. Saddleback Ridge Drive, Montgomery, AL 36117. It was noted that on this PO Box application the last names "Sanders" and "Rolling" were given as possible mail recipients for Box 242581. Rolling was the name used by Lydia Cronk in the theft of Mr. Brinson's $6000.00 check, to which she confessed.

On August 8, 2006, I met with Loss Prevention at Lowe's Home Improvement Store in Montgomery, AL, regarding fraudulent purchases made with a Capital One credit card in the name of Robert Brinson. Lowe's provided corresponding receipt transactions and video footage showing Lydia Cronk, a male companion and two children purchasing various items at Lowe's.

On August 8, 2006, I traced one of the MBNA credit card transactions to Office Depot in Montgomery, AL. I met with two store managers, Wiley Dempsey and Dennis Benante, both of whom were shown pictures of Kristie Daughtry and Lydia Cronk. Both managers recognized Daughtry and Cronk and stated that they have seen both women in the store on numerous occasions purchasing items.

Investigation established that Lydia Cronk has a prior conviction in the state of Florida and that on June 27, 2006, a Capital One credit card, in the name of Robert Brinson, was used to pay court-ordered restitution of $5,535.85, in her case. Through an interview of Sidney Blake, manager of GPS-Florida Department, a business that receives restitution payments from people who are on probation in the state of Florida, I learned that Stephen Cronk, Lydia Cronk's husband, was the person who called and used the Capital One credit card to pay the restitution. The phone number which was provided for Cronk as the cardholder was 334-657-8969.

On August 11, 2006, I spoke with Florida state probation officer, Wayne Redd (Redd) from Milton County, Florida. Redd is Cronk's assigned probation officer. Redd stated that during September 2004, Lydia Cronk was indicted on three counts of organized fraud, was convicted, and, as a result, is scheduled to be on probation until May 23, 2014. Further investigation revealed that Lydia Christine Cronk, aka Lydia Sanders and Lydia Rolling, has a significant criminal history, to include: arrests for fraud - insufficient funds, fraud - swindle, and obstruction with the police – criminal impersonation.

On August 24, 2006, I, accompanied by Postal Inspector J.D. Tynan, interviewed Kristie Daughtry (Daughtry). Daughtry explained that one of her job duties at Digestive Disease Associates was to open the mail and that when she received any personal investment checks addressed to Mr. Brinson, she placed them into a box, which she gave to him for his endorsement and to deposit. Daughtry stated the mail box key was kept in her office desk drawer unlocked and that she worked at Digestive Disease Associates until April 20, 2006, when she left due to maternity leave. Daughtry said that a woman named Lydia Cronk was hired towards the end of March 2006.

Daughtry was shown the two checks, payable to Robert Brinson, drawn on the account of Montgomery Hotels, II, LLC. Daughtry stated she did not endorse either check, that the handwriting was not hers, and that the spelling of her maiden name "Christinna Box" was false. Daughtry further stated her maiden name was "Kristie Box" and that the date of birth and address written on the customer information sheet was incorrect. Finally, Daughtry identified Cronk as the person in the photo on Alabama Driver's License #1987778 in the name of Christinna Box.

Daughtry was shown a United States Postal Service Change of Address Form containing the business address of Digestive Disease Associates, 451 Saint Luke's Drive, Montgomery, AL 36117, requesting change to 2933 Wood Forest Lane, Montgomery, AL 36116, Daughtry's residence. Daughtry stated she never filled that form out, it was not her handwriting, and the wrong zip code was written for her residence.

Following the interview with Daughtry, Inspector Tynan and I interviewed Lesley Wilson, Property Manager of Saddleback Ridge Apartments. Lydia Cronk's Alabama Driver's License reflects an address of 156 F Saddleback Ridge Drive, Montgomery, AL 36117. Ms. Wilson was shown a picture of Lydia Cronk's Alabama driver's license photo and stated that the woman in the photo did live at that apartment, but not under the name Cronk.

On August 24, 2006, Inspector Tynan spoke with delivery supervisor Bob Uland, Lagoon Park Station Post Office. Uland related that the last names listed as receiving mail at 156 F Saddleback Ridge Drive, Montgomery, AL 36117 were "Brinson" and "Cronk".

On August 28, 2006, carrier Mary Nobles, Lagoon Park Station Post Office, contacted Inspector Tynan and stated that mail from Capital One for Mr. Brinson was being delivered to 156 F. Saddleback Ridge Drive, Montgomery, AL 36117.

On August 24, and September 6, 2006, Pamela Brinson contacted me and stated she had received additional mail and merchandise addressed to Digestive Disease Associates, 451 Saint Luke's Drive, Montgomery, AL 36117, which she neither authorized nor purchased. The mail contained credit card statements and transactions, and packages. The packages contained merchandise ordered from LTD Commodities in the name of Lydia Cronk.

On September 7, 2006, a Grand Jury subpoena was issued and served on Saddleback Ridge Drive Apartments, seeking any and all information pertaining to apartment 156 F. The documents received pursuant to the subpoena revealed that the lease application for Apt. F was under the name "Kristina Rolling" with her current landlord listed as Stephen Cronk, her employer as "DDA Associates" and her supervisor's name as "L. Cronk". The phone number listed on the rental application is 657-8969, the same phone number listed on the Florida Department of Corrections restitution report associated with the Capitol One Credit Card in Brinson's name. The social security number, 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, listed on the rental application, belongs to Kristina Nicole Rolling, date of birth June 7, 1991. Also received from the apartment management was a check purportedly drawn on the account of Digestive Disease Associates, in the amount, of $1,820, made payable to "Kristina Rolling". The paperwork also included an Equifax credit report for social security number 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, showing accounts with Bell South Alabama, Media com Florida, First Premier credit cards and Mobile Gas Service.

The investigation has revealed that approximately 6 fraudulent credit cards have been opened or attempts made, using the Brinson's personal identifiers and information. The majority of credit card usage has occurred on Capital One and MBNA with a joint loss of approximately $24,300, and on a stolen investment check loss totaling $6,000.00 to Compass Bank.

4

Based on my training and experience, I know that offenders involved in fraudulent activities frequently keep documentation of their fraudulent activities, to include: assorted mail items, applications, notes, documents, letters, correspondence, checks, charge cards, merchandise, receipts, billing statements, fraudulent forma of identification and other classes of mail matter. I know that it is rare that all the names of victims are known at the time of the execution of search warrants and often other victims are identified during the search. I know that it is highly likely that items purchased with fraudulent credit cards will be in the residence, such as in this case (items on sales receipts from Office Depot, Lowes, Wal-Mart, etc.).

Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe, based on the above information, that in the residence of "Lydia Cronk" located at the address of 156 F Saddleback Ridge Drive, Montgomery, AL 36117, described specifically in Attachment B and in any vehicles parked at or near the above location that are registered to Lydia or Stephen Cronk or any of their associated alias names, there is now contained evidence of violations of Title 18, United States Code, Section 1028A – Aggravated Identity Theft; Title 18, United States Code, Section 1029 – Fraud and related activity in connection with access devices; Title 18, United States Code, Section 1708 – Theft or receipt of stolen mail; Title 18, United States Code, Section 1344 – Bank Fraud; Title 18 United States Code, Section 371 – Conspiracy; and Title 42, United States Code, Section 408, Misuse of a Social Security Number.

_____
S. M. Leone
Postal Inspector

Sworn to and subscribed before me this
7th day of September, 2006, at
Montgomery, AL.

_____
DELORES R. BOYD
United States Magistrate Judge

5